UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
                                                                :
In re                                                           :
                                                                :   Chapter 7
SIZMEK INC., et al.                                             :
                                                                :   Case No. 19-10971 (DSJ)
                                    Debtors.                    :
---------------------------------------------------------------x    (Joint Administered)
NITEL, INC.,                                                    :
                                                                :
                                    Plaintiff,                  :
                                                                :
v.                                                              :   Adv. Proc. No. 21-01160 (DSJ)
                                                                :
CERBERUS BUSINESS FINANCE, LLC, and                             :
PEPI CAPITAL, L.P.,                                             :   Civil Case No. 1:21-cv-05996
                                                                :
                                    Defendants.                 :
---------------------------------------------------------------x
```

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel hereby certifies that:

1. Defendant Cerberus Business Finance, LLC, a privately held non-governmental party, has no parent company and no publicly-held corporation owns 10% or more of its stock.

2. Defendant PEPI Capital, L.P., a privately held non-governmental party, has no parent company and no publicly-held corporation owns 10% or more of its stock.

Dated: July 13, 2021

/s/ *Michael L. Cook*
Michael L. Cook, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: 212-756-2000
Fax: 212-593-5955
michael.cook@srz.com

*Counsel for Defendants Cerberus Business Finance, LLC and PEPI Capital, L.P.*