**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2150

Writer's E-mail Address
Michael.Cook@srz.com

August 4, 2021

<u>**VIA ECF**</u>

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   Request for extension of time to reply to plaintiff's opposition brief
           <u>Nitel, Inc. v. Cerberus Business Finance, LLC et al., No. 21-cv-05996</u>

Dear Judge Daniels:

    We represent defendants Cerberus Business Finance, LLC and PEPI Capital, L.P. ("Defendants") in the above-referenced action.  We write on behalf of Defendants to request an extension of time to reply to plaintiff Nitel, Inc.'s ("Plaintiff") Memorandum of Law in Opposition to Defendants' Motion for Order Withdrawing Adversary Proceeding under 28 U.S.C. § 157(d) and Consolidation with Action Pending Under Fed. R. Civ. P. 42(a) (ECF No. 5), filed on August 2, 2021.  Defendants request an extension of time from August 9, 2021 to August 26, 2021 to reply to Plaintiff's opposition.

    This is Defendants' first request for an extension of time.  Counsel for Plaintiff has consented to this request, subject to the Court's approval.

                             Respectfully,

                             <u>/s/ *Michael L. Cook*       </u>

                             Michael L. Cook

cc: ***via ECF***
    Jason M. Torf, Esq.
    John C. Cannizzaro, Esq.
    ICE MILLER LLP
    Counsel for Plaintiff Nitel, Inc.