UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SIZMEK INC., *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Bankr. Case No. 19-10971 (DSJ)<br><br>(Joint Administered) |
| NITEL, INC.,<br><br>                Plaintiff,<br>v.<br><br>CERBERUS BUSINESS FINANCE, LLC, and PEPI CAPITAL, L.P.,<br><br>                Defendants. | Adv. Proc. No. 21-01160 (DSJ)<br><br>District Court Case No. 21-05996 |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John C. Cannizzaro, request admission *pro hac vice* before the United States District Court, Southern District of New York to represent Nitel, Inc. in the above-referenced cases. ***I certify that I am a member in good standing*** of the bars the State of Ohio and the State of California. Please find my Certificates of Good Standing and affidavit attached to this motion. Additionally, I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914).

4849-3963-2884.1

Dated:  August 26, 2021

**ICE MILLER LLP**

*/s/ John C. Cannizzaro*
John C. Cannizzaro (*pro hac vice* pending)
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Fax: (614) 232-6923
Email: John.Cannizzaro@icemiller.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, the foregoing and the attachments thereto were filed electronically with the Clerk using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

Dated:  August 26, 2021

**ICE MILLER LLP**

*/s/ John C. Cannizzaro*
John C. Cannizzaro (*pro hac vice* pending)
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Fax: (614) 232-6923
Email: John.Cannizzaro@icemiller.com

*Counsel for Plaintiff Nitel, Inc.*

4849-3963-2884.1