| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/30/2021 |

| | |
|---|---|
| In re:<br><br>SIZMEK INC., *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Bankr. Case No. 19-10971 (DSJ)<br><br>(Joint Administered) |
| NITEL, INC.,<br><br>               Plaintiff,<br>v.<br><br>CERBERUS BUSINESS FINANCE, LLC, and<br>PEPI CAPITAL, L.P.,<br><br>               Defendants. | Adv. Proc. No. 21-01160 (DSJ)<br><br>District Court Case No. 21-05996 |

## ORDER GRANTING ADMISSION OF JOHN C. CANNIZZARO, *PRO HAC VICE*

The motion of John C. Cannizzaro, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Ohio and California; and that his contact information is as follows:

Applicants Name: John C. Cannizzaro

Firm Name: Ice Miller, LLP

Address: 250 West Street, Suite 700

City/State/Zip: Columbus, Ohio 43215

Telephone/Fax: (614) 462-1070 / (614) 232-6923

---

[1] Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914).

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nitel, Inc in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: \_\_\_\_\_August 30\_\_\_, 2021            _____
                                                                           UNITED STATES DISTRICT JUDGE