UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NITEL, INC.,
                          Plaintiff,

v.                                            21 Civ 5996

CERBERUS BUSINESS FINANCE, LLC, and
PEPI CAPITAL, L.P.,

                         Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew D. Gladstein, an attorney in good standing of the bar of this Court and Special Counsel with the law firm Schulte Roth & Zabel LLP, hereby appears as counsel for Defendants Cerberus Business Finance, LLC and Pepi Capital, L.P., in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated:  New York, New York

January 13, 2022

SCHULTE ROTH & ZABEL LLP

By: /s/ Andrew D. Gladstein
     Andrew D. Gladstein

919 Third Avenue
New York, New York  10022
(212) 756-2000
andrew.gladstein@srz.com

*Attorneys for Defendants Cerberus Business Finance, LLC and Pepi Capital, L.P.*