UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NITEL, INC.,

                            Plaintiff,

              -against-

CERBERUS BUSINESS FINANCE, LLC, and
PEPI CAPITAL, L.P.,

                           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/22

21-CV-05996 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a telephonic Initial Pre-Trial Conference on January 21, 2022, at 1:30 p.m.;

    IT IS HEREBY ORDERED that Plaintiff must file its amended Complaint not later than **February 18, 2022**.

    IT IS FURTHER ORDERED that the parties' initial disclosures are due not later than February 18, 2022.

    IT IS FURTHER ORDERED that Defendants must provide the discovery already produced in *Getty Images, Inc. v. Bronstein et al.*, 19-CV-9804. If Plaintiff then seeks discrete information based on that discovery, the parties are directed to meet and confer with regard to those requests.

    IT IS FURTHER ORDERED that, other than the discovery Defendants must produce from the *Getty* action, discovery is stayed in this case pending the Court's ruling on Defendants' anticipated motion to dismiss the Amended Complaint.

**SO ORDERED.**

**Date:  January 21, 2022**
**New York, New York**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**