UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SIZMEK INC., *et al*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Bankr. Case No. 19-10971 (DSJ)<br><br>(Joint Administered) |
| 10FN, INC.,<br><br>                    Plaintiff,<br>v.<br><br>CERBERUS BUSINESS FINANCE, LLC,<br>PEPI CAPITAL, L.P.,<br>KEN SAUNDERS,<br>ANDREW BRONSTEIN,<br>SASCHA WITTLER, and<br>MARK GRETHER,<br><br>                  Defendants. | Adv. Proc. No. 21-01160 (DSJ)<br><br>District Court Case No.<br>1:21-cv-05996-VEC |

## CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT

The undersigned hereby certifies that on February 21, 2022, a copy of the *First Amended Complaint* [Doc. No. 28] and all exhibits thereto filed by plaintiff 10FN, Inc. was served by U.S. Regular Mail, postage prepaid, upon defendants Cerberus Business Finance, LLC and PEPI Capital, L.P. at the addresses listed below:

| | |
|---|---|
| Cerberus Business Finance, LLC<br>C/O Corporation Trust Company, its registered agent<br>Attn: Officer, Managing Agent, or General Agent<br>CORPORATION TRUST CENTER<br>1209 Orange St<br>Wilmington, DE 19801 | PEPI Capital, L.P.<br>C/O Corporation Trust Company, its registered agent<br>Attn: Officer, Managing Agent, or General Agent<br>CORPORATION TRUST CENTER<br>1209 Orange St<br>Wilmington, DE 19801 |

---

[1] Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914).

4892-3183-5408.1

Dated: February 22, 2022    **ICE MILLER LLP**

*/s/ John C. Cannizzaro*
John C. Cannizzaro (admitted *pro hac vice*)
250 West Street, Suite 700
Columbus, OH 43215
Tel.: (614) 462-1070
Fax: (614) 232-6923
Email: John.Cannizzaro@icemiller.com

Jason M. Torf (admitted *pro hac vice*)
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Tel.: (312) 726-6244
Fax: (312) 726-6214
Email: Jason.Torf@icemiller.com

Simone Park
1500 Broadway, Suite 2900
New York, NY 10036
Tel.: (212) 835-6302
Fax.: (212) 835-6303
Email: Simone.Park@icemiller.com

4892-3183-5408.1