**IceMiller**
LEGAL COUNSEL

Arena District | 250 West Street | Suite 700 | Columbus, OH 43215-7509

Chicago  Columbus  DuPage County, Ill.
Indianapolis  New York  Philadelphia  Washington, D.C.

**MEMO ENDORSED**

March 22, 2022

WRITER'S DIRECT NUMBER: 614-462-1070
DIRECT FAX: 614-232-6923
EMAIL: JOHN.CANNIZZARO@ICEMILLER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/22

<u>Via ECF</u>
The Honorable Valerie Caproni
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:  Joint Letter Regarding Request for Responsive Briefing Schedule in *10FN, Inc. v. Cerberus Business Finance, LLC et al.*, 21-CV-05996 (VEC)

Dear Judge Caproni:

The undersigned firm represents plaintiff 10FN, Inc., as assignee of Network Innovations d/b/a Nitel, Inc. ("Plaintiff" or "10FN"), and respectfully submits this letter seeking an order or endorsement approving the parties' stipulated briefing schedule.

Plaintiff originally commenced this action against Defendants Cerberus Business Finance, LLC and Pepi Capital, L.P. (the "Lender Defendants") in the United States Bankruptcy Court for the Southern District of New York, NYSB Adversary Proceeding No. 21-1160. This Court subsequently withdrew the reference from the Bankruptcy Court. On January 21, 2022, the Court entered an order setting certain deadlines, including a deadline to amend the Complaint. *See* Dkt. No. 27. On February 18, 2022, Plaintiff timely filed its Amended Complaint (Dkt. No. 28), which added claims against four new defendants: Ken Saunders, Andrew Bronstein, Sascha Wittler, and Mark Grether (the "Individual Defendants").

The current deadline for the defendants to respond to the Amended Complaint is March 24, 2022, which the Court previously set by order dated March 4, 2022 (Doc. No. 54) on the request of the Lender Defendants. That was the only prior request. Certain of the new defendants have indicated that they intend to file cross claims against the Lender Defendants. To streamline the filing and briefing of responsive motions and cross claims by allowing the parties to consolidate their arguments with respect to the claims and any cross claims into a single filing if they so choose, the parties have stipulated as follows:

1. **<u>Schedule</u>**. The parties have stipulated to the following briefing schedule:

   April 7     Deadline for Individual Defendants to respond to the Amended Complaint[1]

---

[1] Filing a motion to dismiss does not preclude any Defendant from later filing a third-party complaint, cross-claims, or counterclaims with the answer if their motion to dismiss is denied.

March 22, 2022
Page 2

| | | |
|---|---|---|
| | April 22 | Deadline for Lender Defendants to respond to the Amended Complaint and any cross claims |
| | May 20 | Deadline for Plaintiff and Individual Defendants to file briefs in opposition to motions to dismiss the Amended Complaint or cross complaints |
| | June 6 | Deadline to file reply briefs |

2. **Page Limits**. Each party, if it so chooses, may file a single consolidated motion to dismiss, response, or reply in lieu of filing separate motions to dismiss, responses, or replies. The page limit for any such consolidated filing shall be the aggregate of the page limit had such motions to dismiss, responses, or replies been filed separately, less five pages.

Respectfully Submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro (admitted *pro hac vice*)
250 West Street, Suite 700
Columbus, OH 43215
Tel.: (614) 462-1070
Fax: (614) 232-6923
Email: John.Cannizzaro@icemiller.com

**APPROVED:**

*/s/ Andrew Gladstein*
Andrew Gladstein
Counsel to Defendants Cerberus Business Finance, LLC and Pepi Capital, L.P.

*/s/ Robert Knuts*
Robert Knuts
Counsel to Defendant Andrew Bronstein

*/s/ David Wander*
David Wander
Counsel to Defendants Sascha Wittler and Mark Grether

*/s/ Heath Rosenblat*
Heath Rosenblat
Counsel to Defendant Ken Saunders

Cc: All counsel of record (via ECF)

4869-1996-2135.4

Application GRANTED. The deadline for individual Defendants to respond to the Amended Complaint is April 7, 2022; the deadline for the lender Defendants to respond to the Amended Complaint and any cross-claims is April 22, 2022; the deadline for Plaintiff and individual Defendants to file briefs in opposition to any motions to dismiss the Amended Complaint or cross-claims is May 20, 2022; and the deadline for reply briefs is June 6, 2022.

SO ORDERED.

*[Signature]* 3/23/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE