**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
10FN, INC.,

                   Plaintiff,

   -against-                                      21 **CIVIL** 5996 (VEC)

                                                       **<u>JUDGMENT</u>**

CERBERUS BUSINESS FINANCE, LLC, and
PEPI CAPITAL, L.P., KEN SAUNDERS,
ANDREW BRONSTEIN, SASCHA WITTLER,
and MARK GRETHER,

                   Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2022, Defendants' motions to dismiss are GRANTED in full, and the cross-claims brought by the Individual Defendants are DISMISSED as moot; accordingly, the case is closed.

**Dated:** New York, New York

      October 19, 2022

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                       **BY:**      *K. Mango*

                                                           **Deputy Clerk**